**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TED REZENDES**, | ) Case No. 1:15-cv-00815-BAM |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** and **LEGAL RECOVERY LAW OFFICES, INC.,** | ) ) ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation (Doc. 16) of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.   The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:   **September 23, 2015**          /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE